07 C 7286

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE NOLAN**

**EXHIBIT A**

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-19 16:21:09 ET

**Serial Number:** 74148993 <u>Assignment Information</u>

**Registration Number:** 1702263

**Mark**



**(words only):** THE ORIGINAL JIMMY JOHN'S APPROVED BY MAMAS GREAT STUFF SUPER SEAL WORLD'S GREATEST GOURMET SANDWICH SHOP

**Standard Character claim:** No

**Current Status:** A Section 15 affidavit has been acknowledged.

**Date of Status:** 2002-10-07

**Filing Date:** 1991-03-18

**Transformed into a National Application:** No

**Registration Date:** 1992-07-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 5

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-10-09

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC

Latest Status Info

2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active
restaurant services
**Basis:** 1(a)
**First Use Date:** 1983-01-13
**First Use in Commerce Date:** 1989-12-04

## ADDITIONAL INFORMATION

**Disclaimer:** "THE ORIGINAL" and "WORLD'S GREATEST GOURMET SANDWICH SHOP"

**Lining and Stippling:** The lining in the drawing is a feature of the mark and not intended to indicate color.

**Design Search Code(s):**
**02.11.07** - Arms; Fingers; Hands; Human hands, fingers, arms
**24.07.07** - Prize ribbons; Ribbons, prize

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-10-07 - Section 15 acknowledged

2002-02-27 - Section 15 affidavit received

2002-04-23 - First renewal 10 year

2002-04-23 - Section 8 (10-year) accepted/ Section 9 granted

2002-02-27 - Combined Section 8 (10-year)/Section 9 filed

1998-12-11 - Section 8 (6-year) accepted

Latest Status Info

1998-10-30 - Response received for Post Registration action

1998-10-07 - Post Registration action mailed - Section 8

1998-07-16 - Section 8 (6-year) filed

1992-07-21 - Registered - Principal Register

1992-04-28 - Published for opposition

1992-03-27 - Notice of publication

1991-12-17 - Approved for Pub - Principal Register (Initial exam)

1991-12-13 - Examiner's amendment mailed

1991-10-28 - Communication received from applicant

1991-07-29 - Non-final action mailed

1991-06-26 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
MARK I. FELDMAN

**Correspondent**
MARK I. FELDMAN
PIPER MARBURY RUDNICK & WOLFE
203 NORTH LASALLE STREET, SUITE 1800
CHICAGO, IL 60601-1293

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-19 16:21:22 ET

**Serial Number:** 76102500 <u>Assignment Information</u>

**Registration Number:** 2555213

**Mark (words only):** JIMMY JOHN'S

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-04-02

**Filing Date:** 2000-08-03

**Transformed into a National Application:** No

**Registration Date:** 2002-04-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-05-15

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1983-01-13
**First Use in Commerce Date:** 1989-12-04

**International Class:** 042
**Class Status:** Active
Restaurant services
**Basis:** 1(a)
**First Use Date:** 1983-01-13
**First Use in Commerce Date:** 1989-12-04

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1702263

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-15 - Case File In TICRS

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-04-02 - Registered - Principal Register

2002-01-08 - Published for opposition

2001-12-19 - Notice of publication

2001-09-23 - Approved for Pub - Principal Register (Initial exam)

2001-05-18 - Communication received from applicant

2001-01-30 - Non-final action mailed

2001-01-26 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Feldman

Latest Status Info

**Correspondent**
MARK I FELDMAN
PIPER MARBURY RUDNICK & WOLFE
PO BOX 64807
CHICAGO ILLINOIS 60664-0807

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2007-07-19 16:21:35 ET

**Serial Number:** 76216989 <u>Assignment Information</u>

**Registration Number:** 2860624

**Mark**



**(words only):** JIMMY JOHN'S WORLD'S GREATEST GOURMENT SANDWICHES SINCE 1983 SUPER SEAL GREAT STUFF APPROVED BY MAMAS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-07-06

**Filing Date:** 2001-02-27

**Transformed into a National Application:** No

**Registration Date:** 2004-07-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-07-20

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC

Latest Status Info

2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active
restaurant services
**Basis:** 1(a)
**First Use Date:** 2003-03-05
**First Use in Commerce Date:** 2003-03-05

## ADDITIONAL INFORMATION

**Disclaimer:** "SINCE 1983" and "SUPER SEAL" and "WORLD'S GREATEST GOURMET SANDWICHES"

**Lining and Stippling:** The lining in the drawing is a feature of the mark and not intended to indicate color.

**Name Portrait Consent:** The name "JIMMY JOHN" identifies a living individual whose consent is of record.

**Design Search Code(s):**
**24.07.07** - Prize ribbons; Ribbons, prize

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2004-07-06 - Registered - Principal Register

2004-05-05 - Allowed for Registration - Principal Register (SOU accepted)

2004-04-26 - Communication received from applicant

2004-04-26 - PAPER RECEIVED

2003-11-19 - Non-final action mailed

Latest Status Info

2003-10-20 - Assigned To Examiner

2003-10-18 - Case File In TICRS

2003-10-07 - Statement of use processing complete

2003-10-01 - Amendment to Use filed

2003-10-01 - TEAS Statement of Use Received

2003-04-01 - Notice of allowance - mailed

2003-01-07 - Published for opposition

2002-12-18 - Notice of publication

2002-11-03 - Approved for Pub - Principal Register (Initial exam)

2002-10-01 - Communication received from applicant

2002-09-24 - Non-final action mailed

2002-07-27 - Previous allowance count withdrawn

2002-07-24 - Approved for Pub - Principal Register (Initial exam)

2002-07-24 - Examiner's amendment mailed

2002-07-19 - Previous allowance count withdrawn

2002-02-28 - Approved for Pub - Principal Register (Initial exam)

2001-09-17 - Communication received from applicant

2001-07-31 - Non-final action mailed

2001-07-19 - Assigned To Examiner

2001-06-22 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Feldman

**Correspondent**
MARK I. FELDMAN
PIPER MARBURY RUDNICK & WOLFE
PO BOX 64807

Latest Status Info

CHICAGO ILLINOIS 60664-0807
Phone Number: (312) 368-4000

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-19 16:21:49 ET

**Serial Number:** 78480317 <u>Assignment Information</u>

**Registration Number:** 3020392

**Mark**



**(words only):** JIMMY JOHN'S JJ SINCE 1983 WORLD'S GREATEST GOURMET SANDWICHES

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2005-11-29

**Filing Date:** 2004-09-08

**Transformed into a National Application:** No

**Registration Date:** 2005-11-29

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-11-29

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE

Latest Status Info

CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 043
**Class Status:** Active
Restaurant services
**Basis:** 1(a)
**First Use Date:** 2004-08-23
**First Use in Commerce Date:** 2004-08-23

## ADDITIONAL INFORMATION

**Disclaimer:** "SINCE 1983" and "WORLD'S GREATEST GOURMET SANDWICHES"

**Prior Registration Number(s):**
2555213
2661985
2860624

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2005-11-29 - Registered - Principal Register

2005-09-06 - Published for opposition

2005-08-17 - Notice of publication

2005-05-18 - Law Office Publication Review Completed

2005-05-13 - Assigned To LIE

2005-05-09 - Approved for Pub - Principal Register (Initial exam)

2005-04-20 - Teas/Email Correspondence Entered

2005-04-12 - Communication received from applicant

Latest Status Info

2005-04-12 - TEAS Response to Office Action Received

2005-04-07 - Non-final action e-mailed

2005-04-07 - Non-Final Action Written

2005-04-05 - Assigned To Examiner

2004-09-15 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Feldman,

**Correspondent**
MARK I. FELDMAN,
PIPER RUDNICK LLP
PO BOX 64807
CHICAGO IL 60664-0807
Phone Number: 312-368-7084
Fax Number: 312-236-7516

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-19 16:22:07 ET

**Serial Number:** 78480332 <u>Assignment Information</u>

**Registration Number:** 3161573

**Mark**



**(words only):** JJ

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-10-24

**Filing Date:** 2004-09-08

**Transformed into a National Application:** No

**Registration Date:** 2006-10-24

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-10-24

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

Latest Status Info

## GOODS AND/OR SERVICES

**International Class:** 043
**Class Status:** Active
Restaurant services
**Basis:** 1(a)
**First Use Date:** 2000-08-21
**First Use in Commerce Date:** 2000-08-21

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2006-10-24 - Registered - Principal Register

2006-09-26 - TEAS Change Of Correspondence Received

2006-05-18 - Withdrawn From Issue - Examining Attorney Request

2006-03-01 - Opposition terminated for Proceeding

2006-03-01 - Opposition dismissed for Proceeding

2005-12-19 - Opposition instituted for Proceeding

2005-09-29 - Extension Of Time To Oppose Received

2005-08-30 - Published for opposition

2005-08-10 - Notice of publication

2005-05-05 - Law Office Publication Review Completed

2005-04-29 - Assigned To LIE

2005-04-19 - Approved for Pub - Principal Register (Initial exam)

2005-04-05 - Assigned To Examiner

Latest Status Info

2004-09-15 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Feldman, Esq.

**Correspondent**
Mark I. Feldman, Christina L. Martini an
DLA Piper US LLP
P.O. Box 64807
Chicago IL 60664-0807
Phone Number: 312.368.4000
Fax Number: 312.236.7516

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2007-07-19 16:22:23 ET

**Serial Number:** 76249045 <u>Assignment Information</u>

**Registration Number:** 2540307

**Mark (words only):** COUNTRY CLUB

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-02-19

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-02-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-04-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-04-10 - Case File In TICRS

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-02-19 - Registered - Principal Register

2001-11-27 - Published for opposition

2001-11-07 - Notice of publication

2001-07-16 - Approved for Pub - Principal Register (Initial exam)

2001-07-06 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409
Phone Number: (847) 888-7221

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2007-07-18 16:59:32 ET**

**Serial Number:** 78321421 <u>Assignment Information</u>

**Registration Number:** 2897446

**Mark (words only):** BIG JOHN

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-10-26

**Filing Date:** 2003-10-31

**Transformed into a National Application:** No

**Registration Date:** 2004-10-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-10-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2661985

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2004-10-26 - Registered - Principal Register

2004-08-03 - Published for opposition

2004-07-14 - Notice of publication

2004-05-26 - Approved for Pub - Principal Register (Initial exam)

2004-05-26 - Assigned To Examiner

2003-11-21 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Feldman

**Correspondent**
Mark I. Feldman
Piper Rudnick LLP
P.O. Box 64807
Chicago, IL 60664-0807
Phone Number: 312-368-7084
Fax Number: 312-236-7516

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:00:07 ET

**Serial Number:** 76248572 Assignment Information

**Registration Number:** 2540299

**Mark (words only):** THE PEPE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-02-19

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-02-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-04-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-04-04 - Case File In TICRS

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-02-19 - Registered - Principal Register

2001-11-27 - Published for opposition

2001-11-07 - Notice of publication

2001-07-16 - Approved for Pub - Principal Register (Initial exam)

2001-07-09 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
KAPLAN PAPADAKIS & GOUMIS P C
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-18 17:00:27 ET

**Serial Number:** 76249043 <u>Assignment Information</u>

**Registration Number:** 2665597

**Mark (words only):** TURKEY TOM

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-12-24

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-12-24

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-02-10

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

**Disclaimer:** "TURKEY"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-12-24 - Registered - Principal Register

2002-10-01 - Published for opposition

2002-09-11 - Notice of publication

2002-06-26 - Approved for Pub - Principal Register (Initial exam)

2002-06-13 - Examiner's amendment mailed

2002-01-22 - Communication received from applicant

2001-07-23 - Non-final action mailed

2001-07-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409
Phone Number: (847) 888-7221

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:00:45 ET

**Serial Number:** 76439735 Assignment Information

**Registration Number:** 2719289

**Mark (words only):** PLAIN SLIMS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-05-27

**Filing Date:** 2002-08-13

**Transformed into a National Application:** No

**Registration Date:** 2003-05-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-06-02

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

sandwiches
**Basis:** 1(a)
**First Use Date:** 2002-07-17
**First Use in Commerce Date:** 2002-07-17

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2003-05-27 - Registered - Principal Register

2003-03-04 - Published for opposition

2003-02-12 - Notice of publication

2002-12-13 - Approved for Pub - Principal Register (Initial exam)

2002-12-11 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Feldman

**Correspondent**
MARK I. FELDMAN
PIPER RUDNICK
PO BOX 64807
CHICAGO IL 60664-0807
Phone Number: 312.368.4000
Fax Number: 312.236.7516

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2007-07-18 17:01:02 ET

**Serial Number:** 76248571 <u>Assignment Information</u>

**Registration Number:** 2547126

**Mark (words only):** THE BEACH CLUB

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-03-12

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-03-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-03-23

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-03-23 - Case File In TICRS

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-03-12 - Registered - Principal Register

2001-12-18 - Published for opposition

2001-11-28 - Notice of publication

2001-07-26 - Approved for Pub - Principal Register (Initial exam)

2001-07-09 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
KAPLAN PAPADAKIS & GOURMIS P C
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:01:20 ET

**Serial Number:** 76248410 Assignment Information

**Registration Number:** 2682561

**Mark (words only):** THE BOOTLEGGER CLUB

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-02-04

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2003-02-04

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

Disclaimer: "CLUB"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2003-02-04 - Registered - Principal Register

2002-11-12 - Published for opposition

2002-10-23 - Notice of publication

2002-08-30 - Approved for Pub - Principal Register (Initial exam)

2002-08-30 - Previous allowance count withdrawn

2002-03-25 - Communication received from applicant

2002-06-25 - Published for opposition

2002-06-05 - Notice of publication

2002-03-25 - PAPER RECEIVED

2002-03-14 - Approved for Pub - Principal Register (Initial exam)

2002-03-08 - Examiner's amendment mailed

2002-01-22 - Communication received from applicant

2001-04-18 - Communication received from applicant

2001-08-10 - Non-final action mailed

2001-07-06 - Assigned To Examiner

Latest Status Info

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
KAPLAN PAPADAKIS & GOURNIS P C
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2007-07-18 17:01:40 ET

**Serial Number:** 76249046 <u>Assignment Information</u>

**Registration Number:** 2540308

**Mark (words only):** HUNTER'S CLUB

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-02-19

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-02-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-04-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-04-03 - Case File In TICRS

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-02-19 - Registered - Principal Register

2001-11-27 - Published for opposition

2001-11-07 - Notice of publication

2001-07-16 - Approved for Pub - Principal Register (Initial exam)

2001-07-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409
Phone Number: (847) 888-7221

Latest Status Info

**Thank you for your request. Here are the latest results from the** <u>TARR web server.</u>

**This page was generated by the TARR system on** 2007-07-18 17:01:55 ET

**Serial Number:** 78321427 <u>Assignment Information</u>

**Registration Number:** 2897447

**Mark (words only):** THE J.J. GARGANTUAN

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-10-26

**Filing Date:** 2003-10-31

**Transformed into a National Application:** No

**Registration Date:** 2004-10-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-10-26

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2004-10-26 - Registered - Principal Register

2004-08-03 - Published for opposition

2004-07-14 - Notice of publication

2004-05-26 - Approved for Pub - Principal Register (Initial exam)

2004-05-26 - Assigned To Examiner

2003-11-21 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Feldman

**Correspondent**
Mark I. Feldman
Piper Rudnick LLP
P.O. Box 64807
Chicago, IL 60664-0807
Phone Number: 312-368-7084
Fax Number: 312-236-7516

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:26:50 ET

**Serial Number:** 76659191 Assignment Information

**Registration Number:** 3155947

**Mark**

# VITO

**(words only):** VITO

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-10-17

**Filing Date:** 2006-04-27

**Transformed into a National Application:** No

**Registration Date:** 2006-10-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-10-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820

Latest Status Info

United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "VITO" does not identify a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2006-10-17 - Registered - Principal Register

2006-07-25 - Published for opposition

2006-07-05 - Notice of publication

2006-06-07 - Law Office Publication Review Completed

2006-06-06 - Assigned To LIE

2006-05-19 - Examiner's amendment mailed

2006-05-18 - Approved for Pub - Principal Register (Initial exam)

2006-05-18 - Examiner's Amendment Entered

2006-05-18 - Examiners Amendment -Written

2006-05-17 - Assigned To Examiner

2006-05-09 - Application Filing Receipt Mailed

Latest Status Info

2006-05-03 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean Gournis

**Correspondent**
DEAN GOURNIS
KAPLAN PAPADAKIS & GOURNIS, PC.
180 N LA SALLE ST STE 2108
CHICAGO, IL 60601-2701
Phone Number: (312) 726-0531
Fax Number: (312) 726-4928

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-18 17:27:58 ET

**Serial Number:** 76496685 <u>Assignment Information</u>

**Registration Number:** 2812634

**Mark (words only):** J.J.B.L.T.

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-02-10

**Filing Date:** 2003-03-10

**Transformed into a National Application:** No

**Registration Date:** 2004-02-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-02-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 2001-08-01
**First Use in Commerce Date:** 2001-08-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2004-04-15 - TEAS Change Of Correspondence Received

2004-02-10 - Registered - Principal Register

2003-11-18 - Published for opposition

2003-10-29 - Notice of publication

2003-09-15 - Approved for Pub - Principal Register (Initial exam)

2003-09-09 - Examiner's amendment mailed

2003-08-29 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean Gournis

**Correspondent**
Mark I. Feldman
Piper Rudnick LLP
P.O. Box 64807
Chicago IL 60664-0807
Phone Number: 312-368-4000
Fax Number: 312-236-7516

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-18 17:29:05 ET

**Serial Number:** 76249048 <u>Assignment Information</u>

**Registration Number:** 2604292

**Mark (words only):** THE BILLY CLUB

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-08-06

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-08-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-08-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

**Disclaimer:** "CLUB"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-08-06 - Registered - Principal Register

2002-05-14 - Published for opposition

2002-04-24 - Notice of publication

2002-01-03 - Approved for Pub - Principal Register (Initial exam)

2001-10-15 - Communication received from applicant

2001-10-02 - Non-final action mailed

2001-09-28 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409
Phone Number: (847) 888-7221

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:29:49 ET

**Serial Number:** 76249047 Assignment Information

**Registration Number:** 2540309

**Mark (words only):** ITALIAN NIGHT CLUB

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-02-19

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-02-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-04-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-04-03 - Case File In TICRS

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-02-19 - Registered - Principal Register

2001-11-27 - Published for opposition

2001-11-07 - Notice of publication

2001-07-16 - Approved for Pub - Principal Register (Initial exam)

2001-07-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409
Phone Number: (847) 888-7221

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-18 17:30:49 ET

**Serial Number:** 76248412 <u>Assignment Information</u>

**Registration Number:** 2668198

**Mark (words only):** GOURMET VEGGIE CLUB

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-12-31

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-12-31

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-02-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

**Disclaimer:** "VEGGIE CLUB"

**Section 2(f)**

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-12-31 - Registered - Principal Register

2002-10-08 - Published for opposition

2002-09-18 - Notice of publication

2002-07-19 - Approved for Pub - Principal Register (Initial exam)

2002-04-01 - Communication received from applicant

2002-03-15 - Non-final action mailed

2002-01-14 - Communication received from applicant

2001-07-13 - Non-final action mailed

2001-07-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
KAPLAN PAPADAKIS & GOURNIS P C
100 N LASALLE ST STE 2215

Latest Status Info

CHICAGO IL 60602-2409

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:31:40 ET

**Serial Number:** 76249044 Assignment Information

**Registration Number:** 2655889

**Mark (words only):** CLUB TUNA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-12-03

**Filing Date:** 2001-04-18

**Transformed into a National Application:** No

**Registration Date:** 2002-12-03

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 1984-01-01
**First Use in Commerce Date:** 1984-01-01

## ADDITIONAL INFORMATION

**Disclaimer:** "TUNA"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2002-12-03 - Registered - Principal Register

2002-09-10 - Published for opposition

2002-08-21 - Notice of publication

2002-06-13 - Approved for Pub - Principal Register (Initial exam)

2002-06-04 - Examiner's amendment mailed

2002-01-22 - Communication received from applicant

2001-07-23 - Non-final action mailed

2001-07-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean J. Papadakis

**Correspondent**
DEAN J. PAPADAKIS
100 N LASALLE ST STE 2215
CHICAGO IL 60602-2409
Phone Number: (847) 888-7221

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2007-07-18 17:33:47 ET

**Serial Number:** 76495830 <u>Assignment Information</u>

**Registration Number:** 2814731

**Mark (words only):** CLUB LULU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-02-17

**Filing Date:** 2003-03-10

**Transformed into a National Application:** No

**Registration Date:** 2004-02-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-02-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

Sandwiches
**Basis:** 1(a)
**First Use Date:** 2001-08-01
**First Use in Commerce Date:** 2001-08-01

---

## ADDITIONAL INFORMATION

**Disclaimer:** "CLUB"

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2004-04-15 - TEAS Change Of Correspondence Received

2004-02-17 - Registered - Principal Register

2003-11-25 - Published for opposition

2003-11-05 - Notice of publication

2003-09-22 - Approved for Pub - Principal Register (Initial exam)

2003-09-05 - Examiner's amendment mailed

2003-08-29 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dean Gournis

**Correspondent**
Mark I. Feldman
Piper Rudnick LLP
P.O. Box 64807
Chicago IL 60664-0807
Phone Number: 312-368-4000
Fax Number: 312-236-7516

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:35:53 ET

**Serial Number:** 78475951 Assignment Information

**Registration Number:** 3143188

**Mark**

# UNWICH

**(words only):** UNWICH

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-09-12

**Filing Date:** 2004-08-30

**Transformed into a National Application:** No

**Registration Date:** 2006-09-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-08-03

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JIMMY JOHN'S ENTERPRISES, LLC

**Address:**
JIMMY JOHN'S ENTERPRISES, LLC
2212 FOX DRIVE
CHAMPAIGN, IL 61820
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

Latest Status Info

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
Sandwiches
**Basis:** 1(a)
**First Use Date:** 2003-09-08
**First Use in Commerce Date:** 2003-09-08

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-10 - Automatic Update Of Assignment Of Ownership

2006-09-26 - TEAS Change Of Correspondence Received

2006-09-12 - Registered - Principal Register

2006-07-29 - Law Office Registration Review Completed

2006-07-29 - Assigned To LIE

2006-07-28 - Assigned To LIE

2006-07-14 - Allowed for Registration - Principal Register (SOU accepted)

2006-07-05 - Statement of use processing complete

2006-06-16 - Amendment to Use filed

2006-06-16 - TEAS Statement of Use Received

2006-01-03 - Notice of allowance - mailed

2005-10-11 - Published for opposition

2005-09-21 - Notice of publication

2005-06-25 - Law Office Publication Review Completed

Latest Status Info

2005-06-10 - Assigned To LIE

2005-06-08 - Approved for Pub - Principal Register (Initial exam)

2005-05-24 - Amendment From Applicant Entered

2005-05-04 - Communication received from applicant

2005-05-04 - PAPER RECEIVED

2005-04-04 - Priority Action E-Mailed

2005-04-04 - Priority Action Written

2005-03-29 - Assigned To Examiner

2004-09-08 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Feldman

**Correspondent**
Mark I. Feldman, Christina L. Martini an
DLA Piper US LLP
P.O. Box 64807
Chicago IL 60664-0807
Phone Number: 312.368.4000
Fax Number: 312.236.7516