**EXHIBIT B**

Page 1 of 1

U.S. Copyright Office - Search Records Results

Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

TX-3-134-583 (COHM)

| | |
|---|---|
| Title: | The Original Jimmy John's. |
| Description: | 1 p. |
| Claimant: | Jimmy John's, Inc., of Urbana |
| Created: | 1986 |
| Published: | 31Jan86 |
| Registered: | 20May91 |
| Title on © Application: | Jimmy John's menu. |
| Author on © Application: | entire text & compilation: Jimmy John's, Inc., of Macomb, employer for hire. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/B/D |

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

U.S. Copyright Office - Search Records Results

 Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

TX-6-202-821 (COHM)

- **Title:** Jimmy John's menu.
- **Note:** Cataloged from appl. only.
- **Claimant:** Jimmy John's Franchise, Inc.
- **Created:** 1996
- **Published:** 1Jan97
- **Registered:** 19Jul05
- **Author on © Application:** compilation & additional text: Jimmy John's, Inc., employer for hire.
- **Previous Related Version:** Prev. reg. 1991, TX 3-134-583.
- **Claim Limit:** NEW MATTER: new compilation & text.
- **Special Codes:** 1/B

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

Page 1 of 1

U.S. Copyright Office - Search Records Results

Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

TX-6-064-654 (COHM)
- **Title:** Jimmy John's menu.
- **Description:** 1 p.
- **Claimant:** acJimmy John's Franchise, Inc.
- **Created:** 2002
- **Published:** 1Jan02
- **Registered:** 3Dec04
- **Previous Related Version:** Prev. reg. 1991, TX 3-134-583.
- **Claim Limit:** NEW MATTER: compilation & additional text.
- **Special Codes:** 1/B

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000