07 C 7286

JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

**EXHIBIT C**

Chompmenus



BtownMenus



# JIMMY JOHN'S

## JJ

Since 1983

WORLD'S GREATEST GOURMET SANDWICHES

Corporate Headquarters Champaign, IL

ESTABLISHED IN CHARLESTON, IL IN 1983 TO ADD TO STUDENTS GPA AND GENERAL DATING ABILITY.

OK, SO MY SUBS REALLY AREN'T GOURMET AND WE'RE NOT FRENCH EITHER. MY SUBS JUST TASTE A LITTLE BETTER. THAT'S ALL! I WANTED TO CALL IT JIMMY JOHN'S TASTY SANDWICHES, BUT MY MOM TOLD ME TO STICK WITH GOURMET. SHE THINKS WHATEVER I DO IS GOURMET. BUT I DON'T THINK EITHER OF US KNOWS WHAT IT MEANS. SO LET'S STICK WITH TASTY!

— Jimmy John

## $4.25 — 8" SUB SANDWICHES

All of my tasty sub sandwiches are a full 8 inches of homemade French bread, fresh veggies and the finest meats & cheese I can buy! And if it matters to you, we slice everything fresh everyday in this store, right here where you can see it. (No mystery meat here!)

**#1 PEPE®**
Real applewood smoked ham and provolone cheese garnished with lettuce, tomato, and mayo.

**#2 BIG JOHN®**
Medium rare choice roast beef, topped with yummy mayo, lettuce, and tomato.

**#3 TOTALLY TUNA™**
Fresh housemade tuna, mixed with celery, onions, and our tasty sauce, then topped with alfalfa sprouts, cucumber, lettuce, and tomato. (My tuna rocks!)

**#4 TURKEY TOM®**
Fresh sliced turkey breast, topped with lettuce, tomato, alfalfa sprouts, and mayo. (The original)

**#5 VITO®**
The original Italian sub with genoa salami, provolone, capicola, onion, lettuce, tomato, & a real tasty Italian vinaigrette. (Hot peppers by request)

**#6 VEGETARIAN**
Layers of provolone cheese separated by real avocado spread, alfalfa sprouts, sliced cucumber, lettuce, tomato, and mayo. (Truly a gourmet sub not for vegetarians only.......... peace dude!)

**J.J.B.L.T.™**
Bacon, lettuce, tomato, & mayo.
(The only better BLT is mama's BLT)

## $3.25 — PLAIN SLIMS™

Any Sub minus the veggies and sauce

SLIM 1  Ham & cheese
SLIM 2  Roast Beef
SLIM 3  Tuna salad
SLIM 4  Turkey breast
SLIM 5  Salami, capicola, cheese
SLIM 6  Double provolone

### Low Carb Lettuce Wrap — JJ UNWICH™

Same ingredients and price of the sub or club without the bread.

### YOUR CATERING SOLUTION!!!
BOX LUNCHES, PLATTERS, PARTIES!
DELIVERY ORDERS will include a delivery charge of 25¢ per item (+/-10¢).

★★★★ JIMMYJOHNS.COM ★★★★

## $7.25 — THE J.J. GARGANTUAN™

This sandwich was invented by Jimmy John's brother Huey. It's huge enough to feed the hungriest of all humans! Tons of genoa salami, sliced smoked ham, capicola, roast beef, turkey & provolone, jammed into one of our homemade French buns, then smothered with onions, mayo, lettuce, tomato, & our homemade Italian dressing.

## $5.25 — GIANT CLUB SANDWICHES

My club sandwiches have twice the meat and cheese, try it on my fresh baked thick sliced 7-grain bread or my famous homemade French bread!

**#7 GOURMET SMOKED HAM CLUB**
A full 1/4 pound of real applewood smoked ham, provolone cheese, lettuce, tomato, & real mayo!

**#8 BILLY CLUB®**
Choice roast beef, smoked ham, provolone cheese, Dijon mustard, lettuce, tomato, & mayo.

**#9 ITALIAN NIGHT CLUB®**
Real genoa salami, Italian capicola, smoked ham, and provolone cheese all topped with lettuce, tomato, onion, mayo, and our homemade Italian vinaigrette. (You hav'ta order hot peppers, just ask!)

**#10 HUNTER'S CLUB®**
A full 1/4 pound of fresh sliced medium rare roast beef, provolone, lettuce, tomato, & mayo.

**#11 COUNTRY CLUB®**
Fresh sliced turkey breast, applewood smoked ham, provolone, and tons of lettuce, tomato, and mayo! (A very traditional, yet always exceptional classic!)

**#12 BEACH CLUB®**

Fresh baked turkey breast, provolone cheese, avocado spread, sliced cucumber, sprouts, lettuce, tomato, and mayo! (It's the real deal, and it ain't even California.)

**#13 GOURMET VEGGIE CLUB®**
Double provolone, real avocado spread, sliced cucumber, alfalfa sprouts, lettuce, tomato, & mayo. (Try it on my 7-grain whole wheat bread. This veggie sandwich is world class!)

**#14 BOOTLEGGER CLUB®**
Roast beef, turkey breast, lettuce, tomato, & mayo. An American classic, certainly not invented by J.J. but definitely tweaked and fine-tuned to perfection!

**#15 CLUB TUNA®**
The same as our #3 Totally Tuna except this one has a lot more. Fresh housemade tuna salad, provolone, sprouts, cucumber, lettuce, & tomato.

**#16 CLUB LULU™**
Fresh sliced turkey breast, bacon, lettuce, tomato, & mayo. (JJ's original turkey & bacon club)

## ★ SIDE ITEMS ★

★ Soda Pop ..................................... $1.39/$1.59
★ Giant chocolate chip or oatmeal raisin cookie ... $1.50
★ Real potato chips or jumbo kosher dill pickle.... $0.99
★ Extra load of meat ............................ $1.50
★ Extra cheese or extra avocado spread ........... $0.75
★ Hot Peppers ................................... Free

### FREEBIES (SUBS & CLUBS ONLY)
Onion, lettuce, alfalfa sprouts, tomato, mayo, sliced cucumber, Dijon mustard, oil & vinegar, and oregano.

# WE DELIVER! 7 DAYS A WEEK ☎

| 929 E. ANN ST. | 600 PACKARD | 1207 S. UNIVERSITY (DINE-IN/CARRY-OUT ONLY) | 342 S. STATE ST. (DINE-IN/CARRY-OUT ONLY) | 3365 WASHTENAW AVE. | 2615 PLYMOUTH RD. |
|---|---|---|---|---|---|
| 913.9200 | 741.9200 | 827.2600 | 222.7000 | 477.0000 | 930.2000 |

# JIMMY JOHN'S

## JJ

### Since 1983

**WORLD'S GREATEST GOURMET SANDWICHES**

ESTABLISHED IN CHARLESTON, IL IN 1983 TO ADD TO STUDENTS GPA AND GENERAL DATING ABILITY.

OK, SO MY SUBS REALLY AREN'T GOURMET AND WE'RE NOT FRENCH EITHER. MY SUBS JUST TASTE A LITTLE BETTER, THAT'S ALL! I WANTED TO CALL IT JIMMY JOHN'S TASTY SANDWICHES, BUT MY MOM TOLD ME TO STICK WITH GOURMET. SHE THINKS WHATEVER I DO IS GOURMET, BUT I DON'T THINK EITHER OF US KNOWS WHAT IT MEANS. SO LET'S STICK WITH TASTY!

*Jimmy John*

## $4.25

### 8" SUB SANDWICHES

All of my tasty sub sandwiches are a full 8 inches of homemade French bread, fresh veggies and the finest meats & cheese I can buy! And if it matters to you, we slice everything fresh everyday in this store, right here where you can see it. (No mystery meat here!)

**#1 PEPE®**
Real applewood smoked ham and provolone cheese garnished with lettuce, tomato, and mayo. (Awesome!)

**#2 BIG JOHN®**
Medium rare shaved roast beef, topped with yummy mayo, lettuce, and tomato. (Can't beat this one!)

**#3 SORRY CHARLIE**
California baby tuna, mixed with celery, onions, and our tasty sauce, then topped with alfalfa sprouts, cucumber, lettuce, and tomato. (My tuna rocks!)

**#4 TURKEY TOM®**
Fresh sliced turkey breast, topped with lettuce, tomato, alfalfa sprouts, and mayo. (The original!)

**#5 VITO™**
The original Italian sub with genoa salami, provolone, capicola, onion, lettuce, tomato, & a real tasty Italian vinaigrette. (Order it with hot peppers, trust me!)

**#6 VEGETARIAN**
Several layers of provolone cheese separated by real avocado spread, alfalfa sprouts, sliced cucumber, lettuce, tomato, and mayo. (Truly a gourmet sub not for vegetarians only..... peace dude!)

**J.J.B.L.T.™**
Bacon, lettuce, tomato, & mayo.
(The only better BLT is mama's BLT, this one rules!)

## $2.99

### PLAIN SLIMS™

Any Sub minus the veggies and sauce

SLIM 1   Ham & cheese
SLIM 2   Roast Beef
SLIM 3   Tuna salad
SLIM 4   Turkey breast
SLIM 5   Salami, capicola, cheese
SLIM 6   Double provolone

### Low Carb Lettuce Wrap

**JJ UNWICH™**

Same ingredients and price of the sub or club without the bread.

### YOUR CATERING SOLUTION!!!

BOX LUNCHES, PLATTERS, PARTIES!
DELIVERY ORDERS will include a delivery charge of 45¢ per item (+/-tax).

★ ★ ★ ★ JIMMYJOHNS.COM ★ ★ ★ ★

## $7.25

### THE J.J. GARGANTUAN™

This sandwich was invented by Jimmy John's brother Huey. It's huge enough to feed the hungriest of all humans! Tons of genoa salami, sliced smoked ham, capicola, roast beef, turkey & provolone, jammed into one of our homemade French buns then smothered with onions, mayo, lettuce, tomato, & our homemade Italian dressing.

## $5.25

### GIANT CLUB SANDWICHES

My club sandwiches have twice the meat and cheese, try it on my fresh baked thick sliced 7 grain bread or my famous homemade french bread!

**#7 GOURMET SMOKED HAM CLUB**
A full 1/4 pound of real applewood smoked ham, provolone cheese, lettuce, tomato, & real mayo! (A real stack.)

**#8 BILLY CLUB®**
Roast beef, ham, provolone, Dijon mustard, lettuce, tomato, & mayo. (Here's to my old pal Billy who invented this great combo.)

**#9 ITALIAN NIGHT CLUB®**
Real genoa salami, Italian capicola, smoked ham, and provolone cheese all topped with lettuce, tomato, onion, mayo, and our homemade Italian vinaigrette. (You hav'ta order hot peppers, just ask!)

**#10 HUNTER'S CLUB®**
A full 1/4 pound of fresh sliced medium rare roast beef, provolone, lettuce, tomato, & mayo. (It rocks!!!)

**#11 COUNTRY CLUB®**
Fresh sliced turkey breast, applewood smoked ham, provolone, and tons of lettuce, tomato, and mayo! (A very traditional, yet always exceptional classic!)

**#12 BEACH CLUB®**
Fresh baked turkey breast, provolone cheese, avocado spread, sliced cucumber, sprouts, lettuce, tomato, and mayo! (It's the real deal folks, and it ain't even California.)

**#13 GOURMET VEGGIE CLUB®**
Double provolone, real avocado spread, sliced cucumber, alfalfa sprouts, lettuce, tomato, & mayo. (Try it on my 7-grain whole wheat bread. This veggie sandwich is world class!)

**#14 BOOTLEGGER CLUB®**
Roast beef, turkey breast, lettuce, tomato, & mayo. An American classic, certainly not invented by J.J. but definitely tweaked and fine-tuned to perfection!

**#15 CLUB TUNA®**
The same as our #3 Sorry Charlie except this one has a lot more. Homemade tuna salad, provolone, sprouts, cucumber, lettuce, & tomato. (I guarantee it's awesome!)

**#16 CLUB LULU™**
Fresh sliced turkey breast, bacon, lettuce, tomato, & mayo. (JJ's original turkey & bacon club)

### ★ SIDE ITEMS ★

* Soda Pop ......................................... $1.29/$1.49
* Giant chocolate chip or oatmeal raisin cookie ... $1.50
* Real potato chips or jumbo kosher dill pickle ... $1.00
* Extra load of meat .............................. $1.25
* Extra cheese or extra avocado spread ........... $0.75
* Hot Peppers .................................... Free

### FREEBIES (SUBS & CLUBS ONLY)

Onion, lettuce, alfalfa sprouts, tomato, mayo, sliced cucumber, Dijon mustard, oil & vinegar, and oregano.

## WE DELIVER! 7 DAYS A WEEK ☎

**1039 POLARIS PARKWAY**
**614.854.9300**

### COLUMBUS/WORTHINGTON

**7172 N. HIGH ST.**
**614.781.1800**

## "YOUR MOM WANTS YOU TO EAT AT JIMMY JOHN'S!" ®



# 8" Sub Sandwiches

All of my tasty sub sandwiches are a full eight inches of homemade french bread, fresh veggies and the finest meats and cheese I can buy! And if it matters to you, we slice everything fresh everday in this store, right here where you can see it. (No mystery meat here!)

**#1 Pepe**    $5.00
Real applewood smoked ham and provolone cheese garnished with lettuce, tomato, and mayo. (Awesome!)

**#2 Big John**    $5.00
Medium rare shaved roast beef, topped with yummy mayo, lettuce, and tomato. (Can't beat this one!)

**#3 Sorry Charlie**    $5.00
California baby tuna, mixed with celery, onions, and our tasty sauce, then topped with alfalfa sprouts, cucumber, lettuce, and tomato. (My tuna rocks!)

**#4 Turkey Tom**    $5.00
Fresh sliced turkey breast, topped with lettuce, tomato, alfalfa sprouts, and mayo. (The original)

**#5 Vito**    $5.00
The original Italian sub with genoa salami, provolone, capicola, onion, lettuce, tomato, & real tasty Italian vinaigrette. (Order it with hot peppers, trust me!)

**#6 Vegetarian**    $5.00
Several layers of provolone cheese seperated by real avocado spread, alfalfa sprouts, sliced cucumber, lettuce, tomato, and mayo. (Truly a gourmet sub not for vegetarians only.....peace dude!)

**J.J.B.L.T.**    $5.00
Bacon, lettuce, tomato, & mayo. (The only better BLT is mama's BLT, this one rules!)

About Us | Terms Of Use | Contact Us | FAQ



### COCKY MENUS.COM
▶ Back to Cockymenus.com

Step **1** Order Options   Step **2** Select Menu Items   Step **3** Detail & Checkout   Step **4** Process Order/Confirmation

New Customers,  Register Now.          Returning Customers,  Sign In.

**Your Current Order**

Menu Items

This order is for DELIVERY
⟲ edit

Selected Items

● Restaurant Info
⊙ View Phone Number

| | |
|---|---|
| Subtotal: | Zero |
| Tax: | Zero |
| Total: | Zero |

## Delivery Menu

Categories     Full Menu

Coupon Code ▶

▶ Delivery Menu
  ▶ 8" Sub Sandwiches
  ▶ Giant Club Sandwiches
  ▶ Plain Slims
  ▶ The JJ Garganuan
  ▶ Side Items
▶ 8" Sub Sandwiches -
  Takeout
▶ Giant Club Sandwiches -
  Takeout
▶ Plain Slims - Takeout
▶ The JJ Gargantuan -
  Takeout
▶ Side Items - Takeout

### 8" Sub Sandwiches

All of my tasty sub sandwiches are a full eight inches of homemade french bread, fresh veggies and the finest meats and cheese I can buy! And if it matters to you, we slice everything fresh everday in this store, right here where you can see it. (No mystery meat here!)

| | |
|---|---|
| **#1 Pepe**<br>Real applewood smoked ham and provolone cheese garnished with lettuce, tomato, and mayo. (Awesome!) | $5.25 |
| **#2 Big John**<br>Medium rare shaved roast beef, topped with yummy mayo, lettuce, and tomato. (Can't beat this one!) | $5.25 |
| **#3 Sorry Charlie**<br>California baby tuna, mixed with celery, onions, and our tasty sauce, then topped with alfalfa sprouts, cucumber, lettuce, and tomato. (My tuna rocks!) | $5.25 |
| **#4 Turkey Tom**<br>Fresh sliced turkey breast, topped with lettuce, tomato, alfalfa sprouts, and mayo. (The original) | $5.25 |
| **#5 Vito**<br>The original Italian sub with genoa salami, provolone, capicola, onion, lettuce, tomato, & real tasty Italian vinaigrette. (Order it with hot peppers, trust me!) | $5.25 |
| **#6 Vegetarian**<br>Several layers of provolone cheese seperated by real avocado spread, alfalfa sprouts, sliced cucumber, lettuce, tomato, and mayo. (Truly a gourmet sub not for vegetarians only.....peace dude!) | $5.25 |
| **J.J.B.L.T.**<br>Bacon, lettuce, tomato, & mayo. (The only better BLT is mama's BLT, this one rules!) | $5.25 |

## Giant Club Sandwiches

My club sandwiches have twice the meat and cheese, try it on my fresh baked thick sliced 7 grain bread or my famous homemade french bread!

| | |
|---|---|
| **#7 Gourmet Smoked Ham Club**<br>A full 1/4 pound of real applewood smoked ham, provolone cheese, lettuce, tomato, & real mayo! (A real stack) | $6.25 |
| **#8 Billy Club**<br>Roast beef, ham, provolone, Dijon mustard, lettuce, tomato, & mayo. (Here's to my old pal Billy who invented this great combo.) | $6.25 |
| **#9 Italian Night Club**<br>Real genoa salami, Italian capicola, smoked ham, and provolone cheese all topped with lettuce, tomato, onion, mayo, and our homemade Italian vinaigrette. (You hav'ta order hot peppers) | $6.25 |
| **#10 Hunter's Club**<br>A full 1/4 pound of fresh sliced medium rare roast beef, provolone, lettuce, tomato, & mayo. (It rocks!!!) | $6.25 |
| **#11 Country Club**<br>Fresh sliced turkey breast, applewood smoked ham, provolone, and tons of lettuce, tomato, and mayo! (A very traditional, yet always exceptional classic!) | $6.25 |
| **#12 Beach Club**<br>Fresh baked turkey breast, provolone cheese, avocado spread, sliced cucumber, sprouts, lettuce, tomato, and mayo! (It's the real deal folks, and it ain't even California.) | $6.25 |
| **#13 Gourmet Veggie Club**<br>Double provolone, real avocado spread, sliced cucumber, alfalfa sprouts, lettuce, tomato & mayo. (Try it on my 7-grain whole wheat bread. This veggie sandwich is world class!) | $6.25 |

**#14 Bootlegger Club** — $6.25
Roast beef, turkey breast, lettuce, tomato & mayo. An American classic, certainly not invented by J.J. but definitely tweaked and fine-tuned to perfection!

**#15 Club Tuna** — $6.25
The same as our #3 Sorry Charlie except this one has a lot more. Homemade tuna salad, provolone, sprouts, cucumbers, lettuce & tomato. (I guarantee it's awesome!)

**#16 Club LuLu** — $6.25
Fresh Sliced Turkey Breast, Bacon, Lettuce, Tomato & Mayo (JJ's Original Turkey & Bacon Club)

## Plain Slims

| | |
|---|---|
| **Slim 1**<br>Ham & Cheese | $3.75 |
| **Slim 2**<br>Roast Beef | $3.75 |
| **Slim 3**<br>Tuna Salad | $3.75 |
| **Slim 4**<br>Turkey Breast | $3.75 |
| **Slim 5**<br>Salami, capicola, provolone | $3.75 |
| **Slim 6**<br>Double Provolone | $3.75 |

## The JJ Garganuan

**The J J Gargantuan** — $8.50
This sandwich was invented by Jimmy John's brother Huey. It's HUGE enough to feed the hungriest of all humans. Tons of genoa salami, sliced smoked ham, capicola, roast beef, turkey & provolone, jammed

## Side Items

| | Small | Large |
|---|---|---|
| Soda Pop | $1.50 | $1.75 |
| Cookies<br>Giant Chocolate Chip OR Oatmeal Raisin Cookie | | $1.75 |
| Real Potato Chips | | $1.50 |
| Jumbo Kosher Dill Pickle | | $1.25 |
| Extra Load of Meat | | $1.50 |
| Extra Cheese | | $1.00 |
| Extra avocado spread | | $1.00 |

About Us | Terms Of Use | Contact Us | FAQ

DubVMenus

