EXHIBIT E

# KAPLAN PAPADAKIS & GOURNIS, P.C.

ATTORNEYS AND COUNSELORS
180 NORTH LASALLE STREET
SUITE 2108
CHICAGO, ILLINOIS 60601

ERIC D. KAPLAN
DEAN J. PAPADAKIS
DEAN GOURNIS
SPIRO G. ZARKOS
CHRISTOPHER S. WUNDER

OF COUNSEL
MICHAEL H. BERMAN

TELEPHONE: (312) 726-0531
FACSIMILE: (312) 726-4928
E-MAIL: DPAPADAKIS@KPGLAW.COM

DEAN J. PAPADAKIS

November 13, 2007

**VIA REGULAR AND CERTIFIED U.S. MAIL**
**(RETURN RECEIPT REQUESTED)**

Justin Goldman
YNot Advertising, LLC
2110 Fleet Street, Floor 1
Baltimore, Maryland 21231

Re:   Violation of the Lanham Act - 15 U.S.C. §1051, *et seq.*

Dear Mr. Goldman

This firm represents Jimmy John's Enterprises, LLC and Jimmy John's Franchise, LLC. (collectively referred to as "Jimmy John's").

As you may know, Jimmy John's owns or operates over six hundred and five restaurants nationwide, including stores in Gainesville, Florida, Bloomington, Indiana, Ann Arbor, Michigan, Columbus, Ohio, State College, Pennsylvania, Columbia, South Carolina, Knoxville, Tennessee, and Morgantown, West Virginia. It has come to our attention that, without Jimmy John's knowledge or consent, YNot Advertising, LLC ("YNot") improperly advertised, marketed and disseminated via the Internet a menu purporting to be that of Jimmy John's bearing a number of Jimmy John's federally trademarked logos including, but not limited to, BIG JOHN (Registration Number 2,897,446), PEPE (Reg. # 2,540,299), TURKEY TOM (Reg. # 2,665,597), PLAIN SLIMS (Reg. # 2,719,289), BEACH CLUB (Reg. # 2,547,126), BOOTLEGGER CLUB (Reg. # 2,682,561), HUNTER'S CLUB (Reg. # 2,540,308), and J.J. GARGANTUAN (Reg. # 2,897,447), (hereinafter referred to as the "Marks"). The Internet sites that are improperly utilizing the Marks include, but are not limited to, the following: Chompmenus.com; Btownmenus.com; Eatblue.com; Sloopymenus.com; Lionmenus.com; Cockymenus.com; Volmenus.com and Dubvmenus.com (the "Sites"). True and accurate copies of the infringing menus from each of the Sites are enclosed hereto for your reference.

Please be advised that the unauthorized use of the Marks by YNot is a violation of the Lanham Act, as well as that of state and federal unfair competition laws. It is evident that YNot's use and dissemination of the Marks was done with the specific intent of duping consumers into a mistaken belief that there is some type of affiliation or sponsorship between YNot and Jimmy John's.

YNot's use of the Marks is likely to lead to consumer confusion and/or to cause mistake as to the source, origin or sponsorship of the sandwiches offered by YNot and could cause irreparable injury to Jimmy John's. YNot's unauthorized use of the Marks infringes the rights of

## KAPLAN PAPADAKIS & GOURNIS, P.C.

Jimmy John's in its trademarks and constitutes unfair competition.

Jimmy John's has invested substantial effort and financial resources in developing and promoting its sandwiches and has achieved a significant level of market recognition. Jimmy John's will not permit YNot to misappropriate Jimmy John's rights or otherwise infringe on and usurp the substantial goodwill and favorable reputation that Jimmy John's enjoys.

We hereby demand that YNot, and all other persons and entities affiliated or otherwise associated with it any way whatsoever:

1. Immediately cease and desist any and all further use of the Marks and any other logos, designs, and/or names that comprise or include the Marks;

2. Immediately remove any mention of Jimmy John's from the Sites and all other web sites under YNot's control, and take all commercially reasonable efforts to cease dissemination and/or distribution of anything affiliated with Jimmy John's;

3. Remit payment for attorney's fees and damages incurred by Jimmy John's as a result of YNot's infringement and unfair competition;

4. Withdraw any applications for registration and cancel any registrations that YNot may have obtained that comprise or include the Marks, as well as any other logo, design, and/or name that infringes or is confusingly similar to the Marks;

5. Provide, in a form satisfactory to Jimmy John's, a written undertaking that YNot will not henceforth display or otherwise use the Marks, acknowledge that Jimmy John's possesses proprietary and related rights in the Marks, and concede that the unauthorized exploitation of such rights constitutes, among other things, trademark infringement and unfair competition.

Jimmy John's would like to resolve this matter amicably. Please confirm your agreement with the above demands in writing. If your confirmation is not received within ten (10) days of the delivery of this letter, Jimmy John's can only assume that YNot has no interest in resolving this matter voluntarily. Jimmy John's will then pursue any and all such other remedies as it deems appropriate.

This letter does not constitute a complete statement of Jimmy John's rights. Nothing contained in this letter constitutes an express or implied waiver of any rights and/or remedies, all of which are expressly reserved. We await your reply.

Very truly yours,

KAPLAN PAPADAKIS & GOURNIS, P.C.

By: _____
Dean J. Papadakis

Enclosures

CC: Jimmy John Liautaud
    James North
    Linda Kelley
    Tim Asire



About Us | Terms Of Use | Contact Us | FAQ



# JIMMY JOHN'S
## JJ
### Since 1983
### WORLD'S GREATEST GOURMET SANDWICHES
Corporate Headquarters Champaign, IL

ESTABLISHED IN CHARLESTON, IL IN 1983 TO ADD TO STUDENTS GPA AND GENERAL DATING ABILITY.

OK, SO MY SUBS REALLY AREN'T GOURMET AND WE'RE NOT FRENCH EITHER. MY SUBS JUST TASTE A LITTLE BETTER, THAT'S ALL! I WANTED TO CALL IT JIMMY JOHN'S TASTY SANDWICHES, BUT MY MOM TOLD ME TO STICK WITH GOURMET. SHE THINKS WHATEVER I DO IS GOURMET, BUT I DON'T THINK EITHER OF US KNOWS WHAT IT MEANS. SO LET'S STICK WITH TASTY!
— Jimmy John

## $4.25
### 8" SUB SANDWICHES
All of my tasty sub sandwiches are a full 8 inches of homemade French bread, fresh veggies and the finest meats & cheese I can buy! And if it matters to you, we slice everything fresh everyday in this store, right here where you can see it. (No mystery meat here!)

**#1 PEPE®**
Real applewood smoked ham and provolone cheese garnished with lettuce, tomato, and mayo.

**#2 BIG JOHN®**
Medium rare choice roast beef, topped with yummy mayo, lettuce, and tomato.

**#3 TOTALLY TUNA™**
Fresh housemade tuna, mixed with celery, onions, and our tasty sauce, then topped with alfalfa sprouts, cucumber, lettuce, and tomato. (My tuna rocks!)

**#4 TURKEY TOM®**
Fresh sliced turkey breast, topped with lettuce, tomato, alfalfa sprouts, and mayo. (The original)

**#5 VITO®**
The original Italian sub with genoa salami, provolone, capicola, onion, lettuce, tomato, & a real tasty Italian vinaigrette. (Hot peppers by request)

**#6 VEGETARIAN**
Layers of provolone cheese separated by real avocado spread, alfalfa sprouts, sliced cucumber, lettuce, tomato, and mayo. (Truly a gourmet sub not for vegetarians only........peace dude!)

**J.J.B.L.T.™**
Bacon, lettuce, tomato, & mayo.
(The only better BLT is mama's BLT)

### ★ SIDE ITEMS ★
- Soda Pop........................................$1.39/$1.59
- Giant chocolate chip or oatmeal raisin cookie....$1.50
- Real potato chips or jumbo kosher dill pickle....$0.99
- Extra load of meat..............................$1.50
- Extra cheese or extra avocado spread............$0.75
- Hot Peppers....................................Free

### FREEBIES (SUBS & CLUBS ONLY)
Onion, lettuce, alfalfa sprouts, tomato, mayo, sliced cucumber, Dijon mustard, oil & vinegar, and oregano.

## $3.25
### PLAIN SLIMS™
Any Sub minus the veggies and sauce
- SLIM 1  Ham & cheese
- SLIM 2  Roast Beef
- SLIM 3  Tuna salad
- SLIM 4  Turkey breast
- SLIM 5  Salami, capicola, cheese
- SLIM 6  Double provolone

### Low Carb Lettuce Wrap
### JJ UNWICH™
Same ingredients and price of the sub or club without the bread.

### YOUR CATERING SOLUTION!!!
BOX LUNCHES, PLATTERS, PARTIES!
DELIVERY ORDERS will include a delivery charge of 25¢ per item (+/-10¢).

★ ★ ★ JIMMYJOHNS.COM ★ ★ ★

## $7.25
### THE J.J. GARGANTUAN™
This sandwich was invented by Jimmy John's brother Huey. It's huge enough to feed the hungriest of all humans! Tons of genoa salami, sliced smoked ham, capicola, roast beef, turkey & provolone, jammed into one of our homemade French buns, then smothered with onions, mayo, lettuce, tomato, & our homemade Italian dressing.

## $5.25
### GIANT CLUB SANDWICHES
My club sandwiches have twice the meat and cheese, try it on my fresh baked thick sliced 7-grain bread or my famous homemade french bread!

**#7 GOURMET SMOKED HAM CLUB**
A full 1/4 pound of real applewood smoked ham, provolone cheese, lettuce, tomato, & real mayo.

**#8 BILLY CLUB®**
Choice roast beef, smoked ham, provolone cheese, Dijon mustard, lettuce, tomato, & mayo.

**#9 ITALIAN NIGHT CLUB®**
Real genoa salami, Italian capicola, smoked ham, and provolone cheese all topped with lettuce, tomato, onion, mayo, and our homemade Italian vinaigrette. (You hav'ta order hot peppers, just ask!)

**#10 HUNTER'S CLUB®**
A full 1/4 pound of fresh sliced medium rare roast beef, provolone, lettuce, tomato, & mayo.

**#11 COUNTRY CLUB®**
Fresh sliced turkey breast, applewood smoked ham, provolone, and tons of lettuce, tomato, and mayo!
(A very traditional, yet always exceptional classic!)

**#12 BEACH CLUB®**
Fresh baked turkey breast, provolone cheese, avocado spread, sliced cucumber, sprouts, lettuce, tomato, and mayo! (It's the real deal, and it ain't even California.)

**#13 GOURMET VEGGIE CLUB®**
Double provolone, real avocado spread, sliced cucumber, alfalfa sprouts, lettuce, tomato, & mayo. (Try it on my 7-grain whole wheat bread. This veggie sandwich is world class!)

**#14 BOOTLEGGER CLUB®**
Roast beef, turkey breast, lettuce, tomato, & mayo. An American classic, certainly not invented by J.J. but definitely tweaked and fine-tuned to perfection!

**#15 CLUB TUNA®**
The same as our #3 Totally Tuna except this one has a lot more. Fresh housemade tuna salad, provolone, sprouts, cucumber, lettuce, & tomato.

**#16 CLUB LULU™**
Fresh sliced turkey breast, bacon, lettuce, tomato, & mayo. (JJ's original turkey & bacon club)

## WE DELIVER! 7 DAYS A WEEK

| 929 E. ANN ST. | 500 PACKARD | 1207 S. UNIVERSITY (DINE-IN/CARRY-OUT ONLY) | 342 S. STATE ST. (DINE-IN/CARRY-OUT ONLY) | 3365 WASHTENAW AVE. | 2615 PLYMOUTH RD. |
|---|---|---|---|---|---|
| 913.9200 | 741.9200 | 827.2600 | 222.7000 | 477.0000 | 930.2000 |

# JIMMY JOHN'S

## JJ

Since 1983

**WORLD'S GREATEST GOURMET SANDWICHES**

ESTABLISHED IN CHARLESTON, IL IN 1983 TO ADD TO STUDENTS GPA AND GENERAL DATING ABILITY.

OK, SO MY SUBS REALLY AREN'T GOURMET AND WE'RE NOT FRENCH EITHER. MY SUBS JUST TASTE A LITTLE BETTER, THAT'S ALL! I WANTED TO CALL IT JIMMY JOHN'S TASTY SANDWICHES, BUT MY MOM TOLD ME TO STICK WITH GOURMET. SHE THINKS WHATEVER I DO IS GOURMET, BUT I DON'T THINK EITHER OF US KNOWS WHAT IT MEANS. SO LET'S STICK WITH TASTY!

— Jimmy John

## $4.25 — 8" SUB SANDWICHES

All of my tasty sub sandwiches are a full 8 inches of homemade French bread, fresh veggies and the finest meats & cheese I can buy! And if it matters to you, we slice everything fresh everyday in this store, right here where you can see it. (No mystery meat here!)

**#1 PEPE**
Real applewood smoked ham and provolone cheese garnished with lettuce, tomato, and mayo. (Awesome!)

**#2 BIG JOHN**
Medium rare shaved roast beef, topped with yummy mayo, lettuce, and tomato. (Can't beat this one!)

**#3 SORRY CHARLIE**
California baby tuna, mixed with celery, onions, and our tasty sauce, then topped with alfalfa sprouts, cucumber, lettuce, and tomato. (My tuna rocks!)

**#4 TURKEY TOM**
Fresh sliced turkey breast, topped with lettuce, tomato, alfalfa sprouts, and mayo. (The original)

**#5 VITO**
The original Italian sub with genoa salami, provolone, capicola, onion, lettuce, tomato, & a real tasty Italian vinaigrette. (Order it with hot peppers, trust me!)

**#6 VEGETARIAN**
Several layers of provolone cheese separated by real avocado spread, alfalfa sprouts, sliced cucumber, lettuce, tomato, and mayo. (Truly a gourmet sub not for vegetarians only................. peace dude!)

**J.J.B.L.T.**
Bacon, lettuce, tomato, & mayo.
(The only better BLT is mama's BLT, this one rules!)

## ★ SIDE ITEMS ★

- Soda Pop ........................................ $1.29/$1.49
- Giant chocolate chip or oatmeal raisin cookie .... $1.50
- Real potato chips or jumbo kosher dill pickle .... $1.00
- Extra load of meat .............................. $1.25
- Extra cheese or extra avocado spread ............ $0.75
- Hot Peppers .................................... Free

**FREEBIES** (SUBS & CLUBS ONLY)
Onion, lettuce, alfalfa sprouts, tomato, mayo, sliced cucumber, Dijon mustard, oil & vinegar, and oregano.

## $2.99 — PLAIN SLIMS

Any Sub minus the veggies and sauce

- SLIM 1  Ham & cheese
- SLIM 2  Roast beef
- SLIM 3  Tuna salad
- SLIM 4  Turkey breast
- SLIM 5  Salami, capicola, cheese
- SLIM 6  Double provolone

### Low Carb Lettuce Wrap
**JJ UNWICH**
Same ingredients and price of the sub or club without the bread.

### YOUR CATERING SOLUTION!!!
BOX LUNCHES, PLATTERS, PARTIES!
DELIVERY ORDERS will include a delivery charge of 49¢ per item (+/–10¢).

★ ★ ★ ★ JIMMYJOHNS.COM ★ ★ ★ ★

## $7.25 — THE J.J. GARGANTUAN

This sandwich was invented by Jimmy John's brother Huey. It's huge enough to feed the hungriest of all humans! Tons of genoa salami, sliced smoked ham, capicola, roast beef, turkey & provolone, jammed into one of our homemade French buns then smothered with onions, mayo, lettuce, tomato, & our homemade Italian dressing.

## $5.25 — GIANT CLUB SANDWICHES

My club sandwiches have twice the meat and cheese, try it on my fresh baked thick sliced 7 grain bread or my famous homemade French bread!

**#7 GOURMET SMOKED HAM CLUB**
A full 1/4 pound of real applewood smoked ham, provolone cheese, lettuce, tomato, & real mayo! (A real stack)

**#8 BILLY CLUB**
Roast beef, ham, provolone, Dijon mustard, lettuce, tomato, & mayo. (Here's to my old pal Billy who invented this great combo)

**#9 ITALIAN NIGHT CLUB**
Real genoa salami, Italian capicola, smoked ham, and provolone cheese all topped with lettuce, tomato, onion, mayo, and our homemade Italian vinaigrette.
(You hav'ta order hot peppers, just ask!)

**#10 HUNTER'S CLUB**
A full 1/4 pound of fresh sliced medium rare roast beef, provolone, lettuce, tomato, & mayo. (It rocks!)

**#11 COUNTRY CLUB**
Fresh sliced turkey breast, applewood smoked ham, provolone, and tons of lettuce, tomato, and mayo.
(A very traditional, yet always exceptional classic)

**#12 BEACH CLUB**
Fresh baked turkey breast, provolone cheese, avocado spread, sliced cucumber, sprouts, lettuce, tomato, and mayo! (It's the real deal folks, and it ain't even California!)

**#13 GOURMET VEGGIE CLUB**
Double provolone, real avocado spread, sliced cucumber, alfalfa sprouts, lettuce, tomato, & mayo.
(Try it on my 7 grain whole wheat bread. This veggie sandwich is world class!)

**#14 BOOTLEGGER CLUB**
Roast beef, turkey breast, lettuce, tomato, & mayo. An American classic, certainly not invented by J.J. but definitely tweaked and fine-tuned to perfection!

**#15 CLUB TUNA**
The same as our #3 Sorry Charlie except this one has a lot more. Homemade tuna salad, provolone, sprouts, cucumber, lettuce, & tomato. (I guarantee it's awesome!)

**#16 CLUB LULU**
Fresh sliced turkey breast, bacon, lettuce, tomato, & mayo. (JJ's original turkey & bacon club)

---

## ☎ WE DELIVER! 7 DAYS A WEEK ☎

**1039 POLARIS PARKWAY**
**614.854.9300**

**COLUMBUS/WORTHINGTON**

**7172 N. HIGH ST.**
**614.781.1800**

### "YOUR MOM WANTS YOU TO EAT AT JIMMY JOHN'S!"





| | |
|---|---|
| **#14 Bootlegger Club**<br>Roast beef, turkey breast, lettuce, tomato & mayo. An American classic, certainly not invented by J.J. but definitely tweaked and fine-tuned to perfection! | $6.25 |
| **#15 Club Tuna**<br>The same as our #3 Sorry Charlie except this one has a lot more. Homemade tuna salad, provolone, sprouts, cucumbers, lettuce & tomato. (I guarantee it's awesome!) | $6.25 |
| **#16 Club LuLu**<br>Fresh Sliced Turkey Breast, Bacon, Lettuce, Tomato & Mayo (JJ's Original Turkey & Bacon Club) | $6.25 |

## Plain Slims

| | |
|---|---|
| **Slim 1**<br>Ham & Cheese | $3.75 |
| **Slim 2**<br>Roast Beef | $3.75 |
| **Slim 3**<br>Tuna Salad | $3.75 |
| **Slim 4**<br>Turkey Breast | $3.75 |
| **Slim 5**<br>Salami, capicola, provolone | $3.75 |
| **Slim 6**<br>Double Provolone | $3.75 |

## The JJ Garganuan

| | |
|---|---|
| **The J J Gargantuan**<br>This sandwich was invented by Jimmy John's brother Huey. It's HUGE enough to feed the hungriest of all humans. Tons of genoa salami, sliced smoked ham, capicola, roast beef, turkey & provolone, jammed | $8.50 |

## Side Items

| | Small | Large |
|---|---|---|
| Soda Pop | $1.50 | $1.75 |
| Cookies<br>Giant Chocolate Chip OR Oatmeal Raisin Cookie | | $1.75 |
| Real Potato Chips | | $1.50 |
| Jumbo Kosher Dill Pickle | | $1.25 |
| Extra Load of Meat | | $1.50 |
| Extra Cheese | | $1.00 |
| Extra avocado spread | | $1.00 |

About Us | Terms Of Use | Contact Us | FAQ

