07 C 7286

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE NOLAN**

EXHIBIT F

# KAPLAN PAPADAKIS & GOURNIS, P.C.

ERIC D. KAPLAN
DEAN J. PAPADAKIS
DEAN GOURNIS
SPIRO G. ZARKOS
CHRISTOPHER S. WUNDER

OF COUNSEL
MICHAEL H. BERMAN

ATTORNEYS AND COUNSELORS
180 NORTH LASALLE STREET
SUITE 2108
CHICAGO, ILLINOIS 60601

TELEPHONE: (312) 726-0531
FACSIMILE: (312) 726-4928
E-MAIL: DPAPADAKIS@KPGLAW.COM

DEAN J. PAPADAKIS

November 29, 2007

**BY FEDERAL EXPRESS**

David Laiderman
Managing Partner
YNot Advertising, LLC
2110 Fleet Street, Floor 1
Baltimore, Maryland 21231

Re: Violation of the Lanham Act - 15 U.S.C. §1051, et seq.

Dear David:

As you know, this firm represents Jimmy John's Enterprises, LLC and Jimmy John's Franchise, LLC (collectively referred to as "Jimmy John's"). Please allow this letter to memorialize our E-Mail exchange during which I informed you that Jimmy John's franchisees do not own any Jimmy John's trademarks and are specifically prohibited from entering into any such third party agreements with menu listing providers such as YNot Advertising, LLC ("YNot").

Your receipt of my E-Mail, and this letter, officially puts YNot on notice of the facts stated above, and Jimmy John's hereby reiterates its demand that YNot immediately cease and desist its unauthorized use of any and all Jimmy John's trademarks.

Please confirm your agreement with the above demand in writing. If your confirmation is not received within five (5) days of the delivery of this letter, Jimmy John's can only assume that YNot has no interest in resolving this matter amicably. Jimmy John's will then pursue any and all such other remedies as it deems appropriate.

Very truly yours,

KAPLAN PAPADAKIS & GOURNIS, P.C.

By: _____
Dean J. Papadakis

CC: Jimmy John Liautaud
James North
Linda Kelley
Tim Asire