

FILED

DEC 2 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMY JOHN'S ENTERPRISES, LLC, a Delaware limited liability company JIMMY JOHN'S FRANCHISE, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> YNOT ADVERTISING, LLC, a Pennsylvania Limited Liability Company <br><br> Defendant. | Case No. <br><br> **07cv7286** <br> **JUDGE GETTLEMAN** <br> **MAG. JUDGE NOLAN** |

### CORPORATE DISCLOSURE STATEMENT

Plaintiff, Jimmy John's Enterprises, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1(a), hereby identifies all its parent corporations and lists any publicly held company that owns 10 % or more of Plaintiff's stock: None.

Respectfully submitted,

**KAPLAN PAPADAKIS & GOURNIS, P.C.**

By: _s/ Dean J. Papadakis_
   Dean J. Papadakis (#06225796)
   Dean Gournis (#06229340)
   KAPLAN PAPADAKIS & GOURNIS, P.C.
   180 N. LaSalle Street, Suite 2108
   Chicago, Illinois 60601
   (312) 726-0531