## United States District Court for the Northern District of Illinois

Case Number: 07cv7286          Assigned/Issued By: j. n.

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                           _____
☐ Wage-Deduction Garnishment Summons       _____
                                           (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on __1-3-08__ as to ynot advertising, llc
                                   (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05