# Baltimore City Sheriff's Office

John W. Anderson, Sheriff



Main Office
The Clarence Mitchell Courthouse
100 N. Calvert Street
Baltimore, Maryland 21202

Phone: 410-396-1155
Fax: 410-727-3507

District Court Office
111 N. Calvert Street
Baltimore, Maryland 21202

Phone: 410-396-7412
Fax: 410-396-7439

January 9, 2008

STATE MARYLAND
CITY of BALTIMORE

**RE: Jimmy John's Enterprises, LLC vs. Ynot Advertising, LLC**

I, Lorenzo Merritt, Deputy Sheriff for the City of Baltimore, State of Maryland being duly sworn, depose and say that I am over the age of twenty-one years, not a party to this action.

On January 9, 2008 at 11:00 a.m., I served a copy of the Summons and Complaint for the above case by delivering it to Mr. David Laiderman at YNOT Advertising LLC, 2110 Fleet Street, (floor 1) in Baltimore, Maryland.

*Lorenzo Merritt*
Deputy Sheriff

*John W. Anderson, Sheriff*

Subscribe to and sworn to before me this 9th day of January, 2008

*Victoria L. Gibson*
Victoria L. Gibson, Notary
My commission expires August 2, 2009