IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY JOHN'S ENTERPRISES, LLC, ) | | |
| a Delaware limited liability company ) | | |
| JIMMY JOHN'S FRANCHISE, LLC, ) | | |
| a Delaware limited liability company, ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 07-CV-07286 | |
| ) | | |
| v. ) | | |
| ) | | |
| YNOT ADVERTISING, LLC, ) | Honorable Judge Robert W. Gettleman | |
| a Pennsylvania Limited Liability Company ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER OF DISMISSAL

This cause coming to be heard on the Plaintiffs' motion for voluntary dismissal, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. This case is dismissed, with leave to reinstate this action to enforce the terms of the settlement agreement executed by the parties.

2. Each party shall bear its own attorneys' fees and costs.

E N T E R:

_____
The Honorable Judge Robert W. Gettleman

Order Prepared By:

Dean J. Papadakis (dpapadakis@kpglaw.com)
Kaplan Papadakis & Gournis, P.C.
180 North LaSalle Street
Suite 2108
Chicago, Illinois 60601
(312) 726-0531