IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY JOHN'S ENTERPRISES, LLC, a Delaware limited liability company JIMMY JOHN'S FRANCHISE, LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-CV-07286 |
| v. | ) ) | |
| YNOT ADVERTISING, LLC, a Pennsylvania Limited Liability Company | ) ) ) | Honorable Judge Robert W. Gettleman |
| Defendant. | ) ) | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on **March 18, 2008 at 9:15 a.m,** we will appear before the Honorable Judge Robert W. Gettleman in Courtroom 1703 of the Everett McKinley Dirksen Federal Building, Chicago, Illinois, and shall then and there present a Motion to Voluntarily Dismiss, a copy of which is hereby served upon you.

    Respectfully submitted,

**JIMMY JOHN'S ENTERPRISES, LLC, a Delaware limited liability company**; and **JIMMY JOHN'S FRANCHISE, LLC, a Delaware limited liability company,**

Dated: March 6, 2008        By:/s/ Jared I. Rothkopf_____
                                                 One of their attorneys

Dean J. Papadakis (#06225796)
Dean Gournis (#06229340)
Jared I. Rothkopf (#06290614)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street, Suite 2108
Chicago, Illinois 60601
(312) 726-0531