IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMY JOHN'S ENTERPRISES, LLC, )<br>a Delaware limited liability company )<br>JIMMY JOHN'S FRANCHISE, LLC, )<br>a Delaware limited liability company, )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　　Plaintiffs, 　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>YNOT ADVERTISING, LLC, 　　　　　 )<br>a Pennsylvania Limited Liability Company )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　　Defendant. 　　　　　　 ) | Case No.  07-CV-07286<br><br>Honorable Judge Robert W. Gettleman |

## MOTION TO VOLUNTARILY DISMISS

Plaintiffs, Jimmy John's Enterprises, Inc. and Jimmy John's Franchise, Inc., collectively referred to herein as "Jimmy John's," by and through its attorneys of record, hereby moves this Honorable Court to dismiss this action, stating as follows:

1. Jimmy John's filed the instant action against YNot Advertising, LLC ("YNot") for trademark infringement on December 28, 2007.

2. Subsequent to the filing of this action, Jimmy John's and YNot reached an agreement and desire to dismiss the instant action with each side to bear its own costs, and with leave to reinstate the action to enforce the terms of the settlement agreement.

3. Jimmy John's attaches an order for consideration by the Honorable Court as Exhibit A.

WHEREFORE, Jimmy John's respectfully requests that this Honorable Court dismiss the matter with leave to reinstate to enforce the terms of the settlement agreement, and without costs.

    Respectfully submitted,

    **JIMMY JOHN'S ENTERPRISES, LLC, a Delaware limited liability company**; **and JIMMY JOHN'S FRANCHISE, LLC, a Delaware limited liability company,**

Dated: March 17, 2008    By: /s/ Jared I. Rothkopf
    One of their attorneys

Dean J. Papadakis (#06225796)
Dean Gournis (#06229340)
Jared I. Rothkopf (#06290614)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street, Suite 2108
Chicago, Illinois 60601
(312) 726-0531