Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7286 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Jimmy John's Enterprises LLC, et al  vs  Ynot Advertising, LLC | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to voluntarily dismiss is granted and this case is dismissed with leave to reinstate to enforce the terms of the setlement agreement.   Each party shall bear its own costs.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|